UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22CR818-CAB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | 18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C. § 2253 – Criminal Forfeiture |
| JOSE REFUGIO VICTORIO, JR, | |
| Defendant. | |

The United States Attorney charges:

Beginning on an unknown date up to and including January 27, 2021, within the Southern District of California, defendant JOSE REFUGIO VICTORIO, JR, did knowingly possess one and more matters, which contained visual depictions that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor, and a minor who had not attained 12 years of age, engaging in sexually explicit conduct, as

defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

<u>FORFEITURE ALLEGATIONS</u>

1. The allegations contained in Count 1 of this Information are re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offenses alleged in Count 1, violation of Title 18, United States Code, Section 2252, defendant JOSE REFUGIO VICTORIO, JR, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all his interest in: any visual depiction which was produced, transported, mailed, shipped, or received in violation of law; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real and personal, used or intended to be used to commit or to promote the commission of such offenses and any property traceable to such property, including but not limited to the three cellular telephones seized on January 27, 2021.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253(b).

DATED: 4/5/22 .

RANDY S. GROSSMAN
United States Attorney

*Jennifer E. McCollough*

JENNIFER E. MCCOLLOUGH
Assistant U.S. Attorney